# Court of Appeals
# of the State of Georgia

ATLANTA,  December 09, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0743. JAMES D. BOATNER v. THE STATE.**

In 2016, James D. Boatner was convicted of aggravated assault and other crimes. It does not appear that he appealed his convictions. Boatner now appeals from the trial court's August 2019 denial of his request to "restructure" his sentence, which the trial court construed as a motion to modify the sentence. However, we lack jurisdiction.

Under OCGA § 17-10-1 (f), a court may correct or reduce a sentence during the year after its imposition or within 120 days after remittitur following a direct appeal, whichever is later. See *Frazier v. State*, 302 Ga. App. 346, 347-348 (691 SE2d 247) (2010); *Burg v. State*, 297 Ga. App. 118, 118 (676 SE2d 465) (2009). Once this statutory period expires, as it had here, a trial court may modify a sentence only if it is void. See *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004). "A sentence is void if the court imposes punishment that the law does not allow." (Citation omitted.)  Id. Therefore, in order to support a motion for sentence modification filed outside the statutory time period of OCGA § 17-10-1 (f), a defendant must demonstrate that the sentence imposes punishment not allowed by law. *Frazier*, supra. Boatner has not done so.

In his motion, Boatner did not argue that his sentence exceeds the maximum punishment authorized by law. Rather, he requested that his sentences run concurrently instead of consecutively because he has made "all rehabilitative efforts possible." While Boatner's actions are commendable, his motion does not raise a valid void sentence claim. This Court is therefore without jurisdiction to review

the trial court's ruling. See *Frazier*, supra. Accordingly, Boatner's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta, __12/09/2019__*
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____, *Clerk.*